| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF CALIFORNIA |
| Case number *(if known)*      Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **The Magnolia Group, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA The Magnolia Homes** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **37-1838804** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**121 E Main St. Ste. 303**<br>**Visalia, CA 93291**<br>Number, Street, City, State & ZIP Code<br><br>**Tulare**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **The Magnolia Group, Inc.**     Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **The Magnolia Group, Inc.**     Case number (*if known*) _____
Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **The Magnolia Group, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 19, 2019**
MM / DD / YYYY

**X /s/ Esperanza Hansen**            **Esperanza Hansen**
Signature of authorized representative of debtor    Printed name

Title  **CEO**

**18. Signature of attorney**

**X /s/ Justin D. Harris**            Date  **December 19, 2019**
Signature of attorney for debtor            MM / DD / YYYY

**Justin D. Harris**
Printed name

**HARRIS LAW FIRM, PC**
Firm name

**7110 N. Fresno St., Suite 400**
**Fresno, CA 93720**
Number, Street, City, State & ZIP Code

Contact phone  **(559) 272-5700**    Email address  **jdh@harrislawfirm.net**

**199112 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **The Magnolia Group, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ABLP REIT, LLC**<br>3390 Auto Mall Drive<br>Westlake Village, CA 91362 | | **1333 Lewis Lane, Tulare, CA 93274-1602** | **Disputed** | **$4,447,546.12** | **$946,771.00** | **$3,500,775.12** |
| **Comcast**<br>9602 South 300 West Suite B<br>Sandy, UT 84070-3302 | | **Cable** | | | | $560.00 |
| **Coulter's Interiors, Inc.**<br>2309 E. Tulare Ave<br>Tulare, CA 93274 | | **Furnishings and flooring.** | | | | $7,682.77 |
| **Security First Alarm King**<br>635 N Plaza Drive<br>Visalia, CA 93291 | | **Alarm services.** | | | | $5,210.00 |
| **Tulare County Assessor**<br>221 S Mooney Blvd<br>Visalia, CA 93291 | | **2019 Property Taxes** | | | | $10,281.50 |
| **Tulare County Assessor**<br>221 S Mooney Blvd<br>Visalia, CA 93291 | | **2018 Property Taxes** | | | | $10,115.72 |
| **Tulare County Assessor**<br>221 S Mooney Blvd<br>Visalia, CA 93291 | | **2017 Property Taxes** | | | | $8,556.80 |
| **Waste Management**<br>26951 Rd 140<br>Visalia, CA 93292 | | **Refuse disposal.** | | | | $246.25 |

```
                        ABLP Management LLC
                        3390 Auto Mall Dr
                        Thousand Oaks, CA 91362


                        ABLP Properties Visalia LLC
                        3390 Auto Mall Drive
                        Thousand Oaks, CA 91362


                        ABLP REIT, LLC
                        3390 Auto Mall Drive
                        Westlake Village, CA 91362


                        Arnold Gonzalez
                        121 E. Main Street
                        Suite 305
                        Visalia, CA 93291


                        California Department of Social Services
                        Community Care Licensing Division
                        744 P Street, MS 8-17-17
                        Sacramento, CA 95814


                        Comcast
                        9602 South 300 West Suite B
                        Sandy, UT 84070-3302


                        Coulter's Interiors, Inc.
                        2309 E. Tulare Ave
                        Tulare, CA 93274


                        Franchise Tax Board
                        Bankruptcy Section MS A-340
                        PO Box 2952
                        Sacramento, CA 95812-2952


                        Internal Revenue Service
                        PO Box 7346
                        Philadelphia, PA 19101-7346


                        Paul J. Sievers, Esq.
                        Geraci Law Firm
                        90 Discovery
                        Irvine, CA 92618
```

```
Security First Alarm King
635 N Plaza Drive
Visalia, CA 93291


Total Lender Solutions, Inc.
10505 Sorrento Valley Road, Suite 125
San Diego, CA 92121


Tulare County Assessor
221 S Mooney Blvd
Visalia, CA 93291


Waste Management
26951 Rd 140
Visalia, CA 93292
```

# United States Bankruptcy Court
## Eastern District of California

In re   **The Magnolia Group, Inc.**                                    Case No.
                                   Debtor(s)                            Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The Magnolia Group, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **December 19, 2019** | **/s/ Justin D. Harris** |
| Date | **Justin D. Harris** |
| | Signature of Attorney or Litigant |
| | Counsel for   **The Magnolia Group, Inc.** |
| | **HARRIS LAW FIRM, PC** |
| | **7110 N. Fresno St., Suite 400** |
| | **Fresno, CA 93720** |
| | **(559) 272-5700 Fax:(559) 554-9989** |
| | **jdh@harrislawfirm.net** |