Justin D. Harris, #199112
**HARRIS LAW FIRM, PC**
7110 N. Fresno St., Suite 400
Fresno, California 93720
Telephone (559) 272-5700
Facsimile (559) 554-9989
jdh@harrislawfirm.net

Attorneys for THE MAGNOLIA GROUP, INC.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>THE MAGNOLIA GROUP, INC.,<br><br>    Debtor. | Eastern District of California Bankruptcy Case No. 19-15278-A-11<br><br>Chapter 11 |
| ABLP REIT, LLC,<br><br>                Plaintiff,<br>v.<br>THE MAGNOLIA GROUP, INC.,<br><br>                Defendant. | **Tulare County Sup. Ct. Case No. VCU 278856**<br><br>**NOTICE OF REMOVAL OF PENDING LAWSUIT IN STATE COURT TO BANKRUPTCY COURT UNDER 28 U.S.C. §§1334, 1452** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant The Magnolia Group, Inc., ("**Debtor**") a debtor in Eastern District of California Bankruptcy Case No. 19-15278-A-11 hereby removes to the Eastern District of California Bankruptcy Court, Fresno Division, the State Court Action described herein:

1

**NOTICE OF REMOVAL**

1. On May 31, 2019, Plaintiffs ABLP Reit, LLC commenced an action styled *ABLP Reit, LLC vs. The Magnolia Group, Inc.* (Tulare County Superior Court Case No. VCU 278856) for Judicial Foreclosure and Deficiency and Specific Performance against Debtor.

2. The Action was stayed by Debtor's filing of a voluntary chapter 11 bankruptcy petition in the Eastern District of California Bankruptcy Court as case number 19-15278-A-11. That bankruptcy case is still pending.

3. This court has jurisdiction based upon 28 U.S.C §§1334 and 1452 in light of Debtor's pending bankruptcy.

4. Upon removal of the state action, Debtor does consent to entry of final orders or judgment by the Bankruptcy Court.

5. Attached as Exhibit "A" to this Notice and incorporated by this reference, is the process, pleadings (as narrowly outlined in F.R.C.P. 7(a)), minutes and other orders filed prior to removal.

DATED: February 7, 2020          HARRIS LAW FIRM, PC

By: _____
Justin D. Harris, Attorneys
for The Magnolia Group, Inc.



**NOTICE OF REMOVAL**